# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENS MAJANO, | ) | NO. CV 14-2078-GHK (MAN) |
|     Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DAVID LONG, | ) | |
|     Respondent. | ) | |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   4/8/15  .

                                              GEORGE H. KING
                                    UNITED STATES DISTRICT JUDGE